In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00011-CR
_____

JAMEEL ANTOINE JOSEPH, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 221st District Court
Montgomery County, Texas
Trial Cause No. 17-02-01698-CR

MEMORANDUM OPINION

Jameel Antoine Joseph has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

1

_____

HOLLIS HORTON
Justice

Submitted on June 12, 2018
Opinion Delivered June 13, 2018
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.